**Opinion issued October 21, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00866-CV

_____

## IN RE BRYAN KEITH BARCLAY, JR, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Proceeding pro se, relator Bryan Keith Barclay, Jr. has filed a petition for writ of mandamus, asking this Court to compel the trial court to comply with Texas Family Code section 105.001(a), which relator claims requires a hearing within 72

hours of the filing of a motion for temporary orders.[1]  Relator states that a hearing is set for October 22, 2025.

We deny the petition.  *See* TEX. R. APP. P. 52.8(a).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.

---

[1] The underlying case is *In the Interest of B.B., B.B., and B.B., Minor Children* cause number 2024-68456, pending in the 507th District Court of Harris County, Texas, the Honorable Lillian Alexander presiding.